| NORTH CAROLINA | | IN THE GENERAL COURT OF JUSTICE |
|---|---|---|
| | | SUPERIOR COURT DIVISION |
| GGUILFORD COUNTY | FILED | 25CV015051-400 |

2025 JUL -9 P 2: 16

GUILFORD CO., G.S.C.

ARTHU O. ARMSTRONG

PLAINTIFF, BY _Casull_

vs.

NORTH CAROLINA,
CITY OF GREENSBORO,
KOURY CORPORATION,

DEFENDANTD,

42-U.S.C.S. 1983

CIVIL RIGHTS VIOLATION

Plaintiff alleges and says:

1. Plaintiff resides at 8113 Pleasant Hill Road, Elm City, NC 27822.

2. The conduct complained of was engaged in under color of State law and that such conduct subject the plaintiff o the deprivation of liberty, privileges and amenities secured by the federal constitution and laws of the United States.

3. That on November 30 and December 1, 1995, defendant failed to conform to the requirements of the federal constitution and laws of the United States when defendant acted with reckless indifference and wanton disregards for the truth or falsity and the rights of plaintiff and other s when defendant **without probable cause**, acted with including but not limited to: RICO, malice arbitrariness, capriciousness, falsity, fraud, highway robbery, trickery, racketeering, deceit, misrepresentation, distortion, gross negligence, defamation, extortion and conspiracy and jailed the plaintiff; when defendant acted with active connivance in the making of the "You create disturbances **false reports** and other conduct amounting to official discrimination clearly sufficient to constitute denial of rights protected by the Equal Protection Clause to deprive the plaintiff of privileges and amenities without due process o law in violation of the Fourteenth Amendment to the Constitution o the United States.

4. On July 1, 2025 defendant failed to conform to the requirements of the federal constitution

and laws of the United States when defendant acted with reckless indifference and wanton disregards for the truth or falsity and the rights of plaintiff and others when defendant without probable cause, acted with including but not limited to; arbitrariness, capriciousness, RICO, fraud, falsity, malice, highway robbery, trickery, misrepresentation, extortion, defamation gross negligence distortion, racketeering, pattern of racketeering activities and conspiracy when defendant acted with active connivance in the making of the "You create disturbance" **false reports** and other conduct amounting to official discrimination clearly sufficient to constitute denial of rights protected by the Equal Protection Clause to deprive the plaintiff of liberty or property when defendant deprived the plaintiff hotel accommodation without due process of law in violation of the Fourteenth Amendment to the Constitution of the United States.

5. As a direct and proximate result of defendant's action, plaintiff suffered continuing injuries including but not limited to: mental anguish, mental distress, psychic injuries, injury to his reputation financial distress. I pray or judgment in the sum in excess of $25,000.00.

**WHEREFORE**, plaintiff prays for judgment in he sum in excess of $25,000.00 as follows:

1. Compensatory and punitive damages in the sum in excess of $25,000.00 under 42 U.S.C.S 1983 Civil Rights Act.

2. Intangible

3. Attorney's fees under Attorney Awards Act – 42 U.S.C.S.1988; of s a component of punitive damages.

4. Costs and Expenses of this action and such other and further relief as the Court deems just and proper.

Respectfully submitted this the 27th day of June 2025.

Respectfully submit

_____
Arthur O. Armstrong, Plaintiff.
8113 Pleasant Hill Road
Elm City, NC 27822

**DEMAND FOR JURY TRIAL**

I demand trial by jury on all issues raised by the pleadings in this action.

June 26, 2025

_____
Arthur O. Armstrong, Plaintiff

**VERIFICATION**

I, Arthur O. Armstrong, being first duly sworn, deposes and says that he is the Plaintiff in the foregoing matter and that the allegations set forth in the Complaint are true and correct to the best of my knowledge and belief except or those allegation set forth on information and belief and as to those allegation, he believes them to be true

Jine 25, 2025

_____
Arthur O. Armstrong, Plaintiff .
8113 Pleasant Hill Road
Elm City, NC 27822

**AFFIDAVIT OF ARTHUR O. ARMSTRONG**

I swear under penalty of perjury under United States law that the within and foregoing statements set forth in the Verification are true and correct (28 U.S.C.S. 1746)

June 25, 2025

_____
Arthur O. Armstrong, Plaintiff

| | |
|---|---|
| NORTH CAROLINA | IN THE GENERAL COURT OF JUSTICE |
| | SUPERIOR COURT DIVISION |
| GUILFORD COUNTY | 25CVO15051-400 |

FILED
2025 JUL -9 P 2:16
GUILFORD CO., C.S.C.
BY _____

ARTHU O. ARMSTRONG

      PLAINTIFF,

      vs.

NORTH CAROLINA, et al

      DEFENDANTD,

42-U.S.C.S. 1983

MOTION FOR SUMMARY JUDGMENT

**NOW COMES**, Athur O. Armstrong, the plaintiff named in this action and moves this honorable Court with supporting affidavit and documentation for summary judgment, pursuant to Rule 56 (a) of North Carolina Rule of Civil Procedure on grounds that there is no genuine dispute as to any material fact and that plaintiff is entitled to judgment in his favor as a matter of law.

**IN SUPPORT HEREOF**, Plaintiff shows unto the Court that:

I.    Plaintiff respectfully hereby submits his motion for Summary Judgment on the issues of lack of probable cause, an undisputed fact, and that plaintiff is entitled to judgment in his favor as a matter of law.

**NOW THEREFORE**, Plaintiff files his **BRIEF**:

ii.    On July 1, 2025 defendant failed to conform to the requirements of the federal constitution and laws of the United States (Affidavit, p.1 paragraph 4) I pray or judgment in the sum in excess of $25,000.00 (id., paragraph 5).

**CONCLUSION:**

Because of the above conduct of defendant, plaintiff respectfully requests that motion for summary judgment pursuant to Rule 56 (a) of North Carolina of Civil Procedure be granted.

Respectfully submitted this the July 1, 2025.

Respectfully submitted,

_____
Arthur O. Armstrong, Plaintiff
8113 Pleasant Hill Road
Elm City, NC 27822

OF COUNSEL{

ARTHUR O. ARMSTRONG, PRO SE
PLEASANT HILL ROAD
ELM CITY, NS 27822

## AFFIDAVIT OF ARTHUR O. ARMSTRONG

I swear under penalty of perjury under U.S. Law, that the within and foregoing statement set forth in the verification are true and correct 28 U.S.C.S 1746.)

November 7, 2024

_____
Arthur O. Armstrong Plaintiff

## CERTIFICATE OF SERVICE

I certify that I cause a true and correct copy of motion for summary judgment, pursuant to Rule 56 (a) of the North Carolina Rules of Civil Procedure to be served on all counsel of record by depositing copy of same in the United States mail in an envelope with adequate postage affixed thereon to ensure delivery at:

**REGULAR US MAIL**:
Josh Stein
P. O Box 629
Raleigh, NC 27602

November 7, 2024

_____
Arthur O. Armstrong, Plaintiff
8113 Pleasant Hill Road
Elm City, N.C. 27822